IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Shane Calfee,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Raycove Enterprises LLC,<br>Aaron Raycove, and John Doe<br>Defendants 1-50,<br><br>　　　　Defendants. | Case No. CV 23-18-M-DWM<br><br>**Default Judgment** |

　　Having reviewed the Application for Entry of Default and Default Judgment filed by Plaintiff Shane Calfee, Judgment is entered as follows:

### **JUDGMENT**

1. A money judgment is entered against the Defendant Raycove Enterprises, LLC in the amount of $103,382.40 as of today's date.

2. Interest on the Judgment shall accrue from the date of entry of Judgment at the rate of 4.66% which is computed daily and compounded annually. *See* 28 USCA § 1961.

DATED this 17th day of April, 2023.

CLERK OF DISTRICT COURT

By: _____
Clerk of Court